UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:19-cv-24923-BB

DOUG LONGHINI,

    Plaintiff,

v.

WESTEND @ 25TH CONDOMINIUM
ASSOCIATION, INC. and MI LINDO
ECUADOR, INC.,

    Defendant.

_____/

**JOINT NOTICE OF SETTLEMENT AS TO DEFENDANT, MI LINDO ECUADOR, INC.**

    Plaintiff, DOUG LONGHINI, and Defendant, MI LINDO ECUADOR, INC., hereby advise the Court that the parties have reached an agreement in principle to settle the instant case pending execution of a Settlement Agreement. The Parties, Plaintiff, DOUG LONGHINI, and Defendant, MI LINDO ECUADOR, INC., will file a Stipulation dismissing this Action with prejudice once the settlement agreement is executed, which they reasonably expect to do no later than 45 days from the date of this Notice. Accordingly, the Parties Plaintiff, DOUG LONGHINI, and Defendant, MI LINDO ECUADOR, INC., respectfully request that the Court vacate all currently set dates and deadlines as to Defendant, MI LINDO ECUADOR, INC. only.

    Respectfully submitted this 13th day of March, 2020.

| | |
|---|---|
| /s/ *Anthony J. Perez* | /s/ *Jordan Kay* |
| ANTHONY J. PEREZ | Jordan Kay |
| Florida Bar No.: 535451 | Florida Bar No.: 56123 |
| GARCIA-MENOCAL & PEREZ, P.L. | SKS LEGAL GROUP, P.A. |
| 4937 S.W. 74th Court, Unit #3 | 2665 South Bayshore Drive, Suite 220 |
| Miami, FL 33155 | Miami, Florida 33133 |
| Telephone: (305) 553- 3464 | Telephone: (786) 471-3110 |
| Facsímile: (305) 553-3031 | Primary Email: jkay@skslegalgroup.com |
| Primary Email: ajperezlaw@gmail.com | *Counsel for Defendant* |
| *Attorney for Plaintiff* | |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system. I further certify a copy of the foregoing was sent by CM/ECF to all counsel of record on this 13th day of March, 2020.

    Respectfully submitted,

    **GARCIA-MENOCAL & PEREZ, P.L.**
    *Attorneys for Plaintiff*
    4937 S.W. 74th Court, No. 3
    Miami, FL 33155
    Telephone: (305) 553-3464
    Facsimile: (305) 553-3031
    Primary E-Mail: ajperez@lawgmp.com
    Secondary E-Mail: bvirues@lawgmp.com
    ddunn@lawgmp.com

    By: */s/ Anthony J. Perez*
        ANTHONY J. PEREZ
        Florida Bar No.: 535451