**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No. 19-cv-24923-BLOOM/Louis**

DOUG LONGHINI,

    Plaintiff,

v.

WESTEND @ 25TH CONDOMINIUM
ASSOCIATION, INC. and MI LINDO
ECUADOR, INC.,

    Defendants.

_____/

**ORDER ADMINISTRATIVELY CLOSING CASE**

**THIS CAUSE** is before the Court upon the Notice of Settlement, ECF No. [36], filed on March 26, 2020, which indicates that Plaintiff Doug Longhini ("Plaintiff") and Defendant Westend @ 25th Condominium Association, Inc. ("Defendant") have reached a settlement of the claims asserted in this case.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. The above-styled action is administratively **CLOSED** without prejudice to the parties to file a settlement agreement for the Court's consideration and/or appropriate dismissal documentation.

2. The Clerk of Court shall **CLOSE** this case for administrative purposes only.

3. To the extent not otherwise disposed of, any scheduled hearings are **CANCELED**, all pending motions are **DENIED AS MOOT**, and all deadlines are **TERMINATED**.

Case No. 19-cv-24923-BLOOM/Louis

**DONE AND ORDERED** in Chambers at Miami, Florida, on March 26, 2020.

_____
**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

Copies to:

Counsel of Record